JOSEPH MILLER, Appellant and Respondent, *v.* L. BOYER'S SONS CO., Respondent, and T. HOGAN & SONS, INC., Appellant.

(Submitted January 14, 1924; decided January 18, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 237 N: Y. 541.)